



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL**
**CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 21-121 |
| v. | * | SECTION: SECT. A MAG. 3 |
| RANDY FIELDS | * | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(B) |
| | * | 18 U.S.C. § 924(c)(1)(A) |
| | | 18 U.S.C. § 922(g)(1) |
| | * | 18 U.S.C. § 924(a)(2) |
| | | 18 U.S.C. § 922(o) |
| | * | |

\*   \*   \*

The Grand Jury charges that:

## COUNT 1
(Possession with Intent to Distribute a Controlled Dangerous Substance)

On or about March 31, 2021, in the Eastern District of Louisiana, the defendant, **RANDY FIELDS**, did knowingly and intentionally possess with the intent to distribute forty (40) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, that is, fentanyl, a Schedule II Controlled Dangerous Substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

```
X  Fee   USA
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc.No._____
```

## COUNT 2
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about March 31, 2021, in the Eastern District of Louisiana, the defendant, **RANDY FIELDS**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with the Intent to Distribute a Controlled Dangerous Substance, as charged in Count 1 of this Indictment; all in violation of Title 18, United States Code, § 924(c)(1)(A).

## COUNT 3
(Felon in Possession of a Firearm)

On or about March 31, 2021, in the Eastern District of Louisiana, the defendant, **RANDY FIELDS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a felony conviction from April 16, 2014, in Orleans Parish Criminal District Court, Case Number 513-062 "K," for Aggravated Battery, in violation of LA-R.S. 14:34, did knowingly and intentionally a possess firearm, to wit: a Glock Model 23 handgun, bearing serial number BCDW590, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4
(Possession of a Machine Gun)

On or about March 31, 2021, in the Eastern District of Louisiana, the defendant, **RANDY FIELDS**, did knowingly possess a machinegun, that is, a Glock Model 23 handgun, bearing serial number BCDW590, with a Glock auto-sear, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 4 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.	As a result of the offense alleged in Count 1, the defendant, **RANDY FIELDS**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained directly or indirectly as the result of said offense, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of said offenses, including but not limited to the following:

> Glock Model 23, .40 S&W pistol, bearing serial number BCDW590, with a Glock auto-sear.

3.	As a result of the offenses alleged in Counts 1 through 4, the defendant, **RANDY FIELDS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any firearm or ammunition described above.

4.	If any of the above-described property, as a result of any act or omission of the defendant:

> a.	cannot be located upon the exercise of due diligence;
>
> b.	has been transferred or sold to, or deposited with, a third person;
>
> c.	has been placed beyond the jurisdiction of the Court;
>
> d.	has been substantially diminished in value; or
>
> e.	has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

F

*[signature]*
INGA PETROVICH
Assistant United States Attorney
Louisiana Bar Roll No. 31284

New Orleans, Louisiana
September 30, 2021

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## RANDY FIELDS

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROLLED SUBSTANCES ACT AND FEDERAL GUN CONTROL ACT

VIOLATIONS: 21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vi)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 922(o)

A true bill

_____

Filed in open court this _____ day of _____ A.D. 2021.

_____ Clerk

Bail, $ _____

_signature_
**INGA PETROVICH**
Assistant United States Attorney